**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00418-CR**
_____

**IN RE SAMAD SEFIANE**

**Original Proceeding**
**252nd District Court of Jefferson County, Texas**
**Trial Cause No. 17-27943**

**MEMORANDUM OPINION**

In a petition asking this Court to issue a writ of mandamus, Samad Sefiane complains that Jamie Smith, the Jefferson County District Clerk, failed to timely transmit documents Sefiane filed with the District Clerk in trial court cause number 17-27943 to the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 52. *See generally* Tex. Code Crim. Proc. Ann. art. 11.07, § 3. We dismiss the petition.

Intermediate courts of appeal do not have jurisdiction to command actions to be taken by a district clerk unless the party making the request shows that issuing a writ is necessary to enforce the appellate court's jurisdiction over an appeal. *See* Tex.

1

Gov't Code Ann. § 22.221(a), (b) (Supp.). Sefiane did not do so here. Accordingly, we dismiss Sefiane's petition for lack of jurisdiction.

PETITION  DISMISSED.

PER CURIAM

Submitted on November 19, 2019
Opinion Delivered November 20, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.